IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TILLMAN NORTH, #252941, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:10cv89-TMH |
| OFFICER WARE, | ) |
| Defendants. | ) |

**ORDER AND OPINION**

On July 20, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 24). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The defendant's motion for summary judgment is GRANTED.

2. Judgment is GRANTED in favor of the defendant.

3. This case is dismissed with prejudice.

4. The costs of this proceeding are taxed against the plaintiff.

Done this the 28th day of August, 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE